IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO ROMERO RODRIGUEZ,<br><br>Defendant. | Case No.  6:22-MJ-00003-HBK<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE AND CLOSING ACTION |

   Pending before the Court is the Government's Amended Motion to Dismiss filed January 6, 2023.  (Doc. No. 12).  Defendant Alejandro Romero Rodriguez was charged in a two-count complaint with violations of 36 C.F.R. § 2.35(c), present in the Park while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or Park resources, and 36 C.F.R. § 2.35(b)(2), possessing a controlled substance (Methamphetamine).  (Doc. No. 1).  Defendant's initial appearance and arraignment were held on April 22, 2022, 2021.  (Doc. No. 2).  Defendant, represented by counsel, entered pleas of not guilty.  (*Id*.)  On May 17, 2022, July 12, 2022, and September 13, 2022, the Court held status conferences.  (Doc. Nos. 7, 8, 9).  No further proceedings have been held in this matter.

   The Government seeks dismissal of this action due to the death of Alejandro Romero Rodriguez on December 21, 2022.  (Doc. No. 12).  A copy of decedent's death certificate was filed on January 9. 2023.  (Doc. No. 14).

It is well-settled common law that actions founded upon penal statutes do not survive the death of the alleged wrongdoer. *Schreiber v. Sharpless*, 110 U.S. 76, 80, 35 S.Ct. 423, 424, 28 L.Ed. 65 (1884). The Court extends its condolences to the family of Alejandro Romero Rodriguez.

Accordingly, it is **ORDERED**:

1. The Amended Motion to Dismiss (Doc. No. 12) is GRANTED,

2. The Criminal Complaint (Doc. No. 1) filed against Defendant Alejandro Romero Rodriguez is DISMISSED with prejudice.

3. The Clerk of Court shall CLOSE this case.


Dated:    January 10, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE